**FILED**

07 SEP 26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /s/ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 2316

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case Number: _____ |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 21, U.S.C., Sections 952 and 960 |
| LIZARRAGA-Carrizosa, ) | Importation of a Controlled Substance |
| Luis Ricardo ) | |
| Defendant, ) | |

The undersigned complaint being duly sworn states:

On or about September 25, 2007, within the Southern District of California, Luis Ricardo LIZARRAGA-Carrizosa did knowingly and intentionally import approximately 2.25 kilograms of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Ryan James Esgate
SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26th DAY OF SEPTEMBER, 2007.

_____
MAGISTRATE JUDGE

## STATEMENT OF FACTS

On September 25, 2007, at approximately 7:40 PM, Luis Ricardo LIZARRAGA-Carrizosa entered the United States from the Republic of Mexico at the San Ysidro Port of Entry (POE), San Diego, California. LIZARRAGA was the driver sole occupant of a red 2000 Volkswagen Jetta bearing Mexican license BEF1057.

At approximately 7:40 PM, Customs and Border Officer (CBPO) Thomas Silva and CBPO H. Castillo were conducting Pre-Primary Roving Operations at the San Ysidro POE when they encountered a red 2000 Volkswagen Jetta bearing Mexican license BEF1057. The driver, LIZARRAGA, stated to CBPO Silva, that he, LIZARRAGA, was going to San Diego, and had nothing to declare. LIZARRAGA also identified himself to CBPO Silva as a Tijuana Police Officer. CBPO Castillo conducted a cursory inspection of the vehicle and noticed fresh bondo on the spare tire well. CBPO Castillo noticed LIZARRAGA began to fidget in his seat and take deep breaths. CBPO Silva attempted to place LIZARRAGA in handcuffs and LIZARRAGA became combative. CBPO Silva and CBPO Castillo attempted to restrain LIZARRAGA, but LIZARRAGA carried both Officers across two traffic lanes as LIZARRAGA attempted to flee back to Mexico.

At approximately 7:40 PM, Customs and Border Protection Canine Enforcement Officer (CEO) Jessie Gutierrez used his Narcotic and Human Detection Dog (NHDD) "Lasso" to screen the 2000 Volkswagen bearing Mexican license BEF1057. NHDD Lasso alerted to a narcotic odor emanating from the rear of the vehicle.

A search of the vehicle conducted by CBPO Juan Lujan led to the discovery of 2 packages in a non-factory compartment behind the rear seat of the vehicle. A package was probed, revealing

a white powdery substance, which field-tested positive for the properties of cocaine. The total weight of both packages was 2.25 kilograms, or 4.95 pounds.

At approximately 11:26 PM on September 25, 2007, LIZARRAGA was advised of his Miranda rights by Immigration and Customs Enforcement (ICE) Special Agent (SA) Victor Estebanes in the Spanish language reading directly from a pre-printed form as witnessed by ICE SA Ryan Esgate. LIZARRAGA stated he understood his rights and waived them both verbally and in writing. LIZARRAGA stated that he was test-driving the vehicle because he was thinking of buying it. LIZARRAGA denied any knowledge of contraband in the vehicle.

LIZARRAGA was arrested and charged with violations of Title 21 USC 952 and 960, Importation of Controlled Substance. LIZARRAGA was booked into the Metropolitan Correctional Center, San Diego, California. The vehicle, cocaine, four cell phones, and two SIM chips were seized under seizure number 2007250400342301.