UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07mj2316 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS RICARDO LIZARRAGA-CARRIZOSA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101


Dated:  October 1, 2007                                         */s/ John C. Ellis, Jr.*
                                                                          JOHN C. ELLIS, JR.
                                                                          Federal Defenders
                                                                          225 Broadway, Suite 900
                                                                          San Diego, CA 92101-5030
                                                                          (619) 234-8467  (tel)
                                                                          (619) 687-2666  (fax)
                                                                          john_ellis@fd.org