**FILED**

OCT - 2 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARBRA L. MAJOR)**

| | |
|---|---|
| UNITED STATES OF AMERICA,           Plaintiff,      v.    LUIS RICARDO LIZARRAGA-CARRIZOSA,           Defendant. | Case No. 07mj2316-AJB    DATE:    October 2, 2007  TIME:    9:00 a.m.    [PROPOSED] ORDER AUTHORIZING THE PRESERVATION OF EVIDENCE |

Upon application of the accused, Luis Ricardo Lizarraga-Carrizosa, and good cause appearing therefore,

IT IS HEREBY ORDERED that all audio recordings, video recordings, photographs, and dispatch tapes in the possession of the federal government, relating to the September 25, 2007, arrest of Mr. Lizarraga-Carrizosa be preserved. This order shall remain active until further action by this Court.

DATED: 10/2/07

HON. BARBRA L. MAJOR
United States Magistrate Judge