FILED
OCT 30 2007
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR 2944 L |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of cocaine (Felony) |
| LUIS RICARDO LIZARRAGA-CARRIZOSA, | |
| Defendant. | |

The United States Attorney charges:

On or about September 25, 2007, within the Southern District of California, defendant LUIS RICARDO LIZARRAGA-CARRIZOSA, did knowingly and intentionally import approximately 2.25 kilograms (approximately 4.95 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 10/30/07.

KAREN P. HEWITT
United States Attorney

DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:San Diego
10/10/07