**JOHN C. ELLIS, JR.**
California State Bar Number 228083
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
john_ellis@fd.org

Attorneys for Mr. Luis Lizarraga-Carrizosa

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS LIZARRAGA-CARRIZOSA,<br><br>    Defendant. | Case No. 07cr2944-L<br><br>**JOINT MOTION TO CONTINUE SENTENCING HEARING** |

Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, John C. Ellis, Jr., and Federal Defenders of San Diego, Inc., counsel for Luis Lizarraga-Carrizosa, along with Assistant United States Attorney Caleb Mason, that the sentencing hearing set for February 4, 2008 at 8:30 a.m. be rescheduled to **Monday, March 10, 2008, at 8:30 a.m.**

Respectfully submitted,

DATED:    January 24, 2008          */s/ John C. Ellis, Jr.*
                                    **JOHN C. ELLIS, JR.**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Luis Lizarraga-Carrizosa

DATED:    January 24, 2008          */s/ Caleb Mason*
                                    **CALEB MASON**
                                    Assistant United States Attorney
                                    caleb.mason@usdoj.gov