UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07CR2944-L |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| LUIS LIZARRAGA-CARRIZOSA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue Sentencing Hearing has been electronically served this day upon:

> Caleb Mason, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: January 24, 2008            /s/ John  C. Ellis, Jr.
                                   JOHN C. ELLIS, JR.
                                   Federal Defenders
                                   225 Broadway, Suite 900
                                   San Diego, CA 92101-5030
                                   (619) 234-8467  (tel)
                                   (619) 687-2666  (fax)
                                   E-mail: john_ellis@fd.org