UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cr2944-L |
|       Plaintiff, ) | |
| v. ) | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| LUIS LIZARRAGA-CARRIZOSA, ) | |
|       Defendant. ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing now scheduled for February 4, 2008, at 8:30 a.m. be continued to **March 10, 2008, at 8:30 a.m.**

**IT IS SO ORDERED**.

DATED: January 28, 2008

_____
M. James Lorenz
United States District Court Judge